## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Julie Sjaaheim,                                                Civil No. 05-806 (DWF/JSM)

          Plaintiff,

v.                                                        **ORDER OF DISMISSAL**
                                                                **WITH PREJUDICE**

Messerli & Kramer, P.A.; Mr. Satel;
and Jane Doe,

          Defendants.

_____

Peter F. Barry, Esq., Barry Law Office, counsel for Plaintiff.

Derrick N. Weber, Esq., Messerli & Kramer, counsel for Defendants.

_____

      Based on the above Stipulation of Dismissal filed herein (Doc. No. 7),

    **IT IS HEREBY ORDERED** that Plaintiff's action against the above-named Defendants shall be and hereby is **DISMISSED WITH PREJUDICE**, without costs, and on the merits.


Dated: August 26, 2005                         s/Donovan W. Frank
                                                            DONOVAN W. FRANK
                                                            Judge of United States District Court